IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40308
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DANIEL LEE CORKELL,
also known as Daniel Lee Barfield,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-01-CR-288-2
--------------------
September 24, 2002

Before JOLLY, DAVIS and PARKER, Circuit Judges.

PER CURIAM:[*]

Daniel Lee Corkell appeals his conviction and sentence for knowingly possessing three firearms after having been convicted of three violent felonies, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1). Corkell argues that there was insufficient evidence to prove beyond a reasonable doubt that he knowingly possessed the firearms and that there was an insufficient connection between his possession of the firearms and the

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

burglary of a dwelling for purposes of his enhanced offense level under U.S.S.G. § 4B1.4(b)(3)(A).

We have reviewed the record and the briefs submitted by the parties and hold that the evidence adduced at trial was sufficient to support Corkell's conviction.  See United States v. Izydore, 167 F.3d 213, 219 (5th Cir. 1999); United States v. Ortega Reyna, 148 F.3d 540, 543 (5th Cir. 1998).  Furthermore, the district court did not err, plainly or otherwise, in assessing Corkell's offense level pursuant to U.S.S.G. § 4B1.4(b)(3)(A).  See United States v. Guerrero, 5 F.3d 868, 871-73 & n.6 (5th Cir. 1993).

AFFIRMED.